

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00006-CV

| | | |
|---|---|---|
| JESSEY CHI HUA LEE AND JOANDERSON CAPITAL, LLC., JIM K. LEE, AND CHEN L. "JENNY" LEE, Appellants | § | On Appeal from the |
| | § | 367th District Court |
| | § | of Denton County (15-04017-367) |
| V. | § | July 11, 2019 |
| CRYSTAL LINH HOANG LEE, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that grants the parties divorce. We reverse the portion of the trial court's judgment that concerns the division of property and remand this case to the trial court for a new division of property consistent with this opinion.

It is further ordered that appellant Crystal Linh Hoang Lee shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel